O

FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ᴅᴠ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Phuong Nhat Mai <br> Defendant. | Case No.: SACR13-00013-DOC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central Dist. of CA , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  recent foreign travel and residency; unaccounted for funds

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on instant allegations, including multiple instances of alleged criminal activity with planning

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 2/14/18

R̶O̶B̶E̶R̶T̶ ̶N̶.̶ ̶B̶L̶O̶C̶K̶ Karen E. Scott
UNITED STATES MAGISTRATE JUDGE