

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
BY M&P  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHUONG NHAT MAI, <br><br> Defendant. | Case No. SA CR 13-00013-DOC <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

<u>*nature of current allegations, including multiple uses illegal drugs and prior violations*</u>

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations, including multiple uses illegal drugs and prior violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: May 9, 2018

JOHN D. EARLY
United States Magistrate Judge